**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ERNESTO JIMENEZ VIRGEN,

Petitioner,

v. No. 2:26-cv-00847-MLG-DLM

PAMELA BONDI, Attorney General
of the United States; et al.,

Respondents.

**ORDER OF DISMISSAL**

This matter is before the Court following federal Respondents' Status Report, Doc. 17, indicating that pro se Petitioner Jimenez Virgen was deported from the United States on or about May 25, 2026. *Id.* at 1. "[D]eportation does not render a[] [noncitizen]'s § 2241 petition moot if the [noncitizen] alleges sufficient collateral consequences." *Fonge v. Comfort*, 62 F. App'x 266, 268 (10th Cir. 2003) (citing *Tapia Garcia v. Immigr. & Naturalization Serv.*, 237 F.3d 1216, 1217-18 (10th Cir. 2001)); *see also Riley v. Immigr. & Naturalization Serv.*, 310 F.3d 1253, 1256-57 (10th Cir. 2002) (explaining that when a habeas petitioner is no longer in custody, the court's "inquiry then becomes whether [the petitioner] meets one of the exceptions to the mootness doctrine"). But Jimenez Virgen does not allege any collateral consequences, and, given that he was deported—not simply released from federal immigration authorities' custody—it does not appear that any of the other mootness exceptions apply. *Riley*, 310 F.3d at 1256-57.

Accordingly, this matter is moot and must be dismissed for lack of subject matter jurisdiction. *See Kan. Jud. Rev. v. Stout*, 562 F.3d 1240, 1246 (10th Cir. 2009) ("When it becomes impossible for a court to grant effective relief, a live controversy ceases to exist, and the case becomes moot." (citation omitted)); *Eaves v. Polis*, 167 F.4th 1304, 1310 (10th Cir. 2026)

(explaining that when a case is moot, "a federal court must dismiss the action for want of subject-matter jurisdiction"). This civil action shall be dismissed without prejudice. *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006) (providing that "dismissals for lack of jurisdiction should be without prejudice"). A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA